DOCKET NO. _____

| | |
|---|---|
| ESTHER WATSON | UNITED STATES OF AMERICA |
| VERSUS | WESTERN DISTRICT OF LOUISIANA |
| FRANKLIN PARISH SCHOOL BOARD, DR. LANNY JOHNSON, SUPERINTENDENT, ET AL | STATE OF LOUISIANA |

## **PETITION**

The petition of ESTHER WATSON, of the full age of majority and a resident and domiciliary of the State of Louisiana, Parish of Catahoula, and a citizen of the United States of America, with respect represents:

1.

That the defendants in action are:

1) FRANKLIN PARISH SCHOOL BOARD, a political division of the State of Louisiana and can be served through its president of the board, namely: Richard Kelly, 7293 Prairie Rd., Winnsboro, Louisiana.

2) EDDIE RAY BRYAN, Franklin Parish School Board Member, individually, and he can be served with a copy of this petition at 795 Ross Road, Winnsboro, Louisiana 71295.

3) RONNIE HATTON, Franklin Parish School Board Member, individually, and he can be served with a copy of this petition at 2327 Hwy. 135, Winnsboro, Louisiana 71295.

4) DANNY DAVIS, Franklin Parish School Board Member, individually, and he can be served with a copy of this petition at 166 2nd Street, Gilbert, Louisiana 71336.

5) RICHARD KELLY, Franklin Parish School Board Member, individually, and he can be served with a copy of this petition at 168 Lawson Road, Winnsboro, Louisiana 71295.

6) LOUISE JOHNSON, Franklin Parish School Board Member, individually, and she can be served with a copy of this petition at 212 Willow Street, Winnsboro, Louisiana 71295.

7) TIM EUBANKS, Franklin Parish School Board Member, individually, and he can be served with a copy of this petition at 1259 Hwy. 857, Baskin, Louisiana 71219.

8) DOROTHY BROWN, Franklin Parish School Board Member, individually, and she can be served with a copy of this petition at 1207 Maple Street, Winnsboro, Louisiana 71295.

9) DR. LANNY JOHNSON, Superintendent of Franklin Parish School Board, and his successor, who can be served at the Franklin Parish School Board, 7293 Prairie Rd., Winnsboro, Louisiana.

2.

Your petitioner shows that this action is against the defendants alleging discrimination in employment on the basis of race in violation of Title VII of the Civil Rights Act of 1964.

3.

Your petitioner shows that jurisdiction is invoked pursuant to Civil Rights Act of 1964, §§ 701 et seq., 702, 703(a), 704(a) as amended 42 U.S.C.A. §§ 2000e et seq., 2000e-1, 2000e-2(a), 200e-3(a). Your petitioner, in compliance with this act, has filed a complaint with the Equal Employment Opportunity Commission (EEOC) alleging discrimination in employment because of race and the EEOC has issued to her a "Notice of Suit Rights", which is dated February 20, 2020 and is attached hereto and made a part of this petition.

4.

Your petitioner shows that she is an experienced teacher, administrator and

and supervisor in the State of Louisiana having previously served as a classroom teacher, assistant principal, principal and supervisor and who possessed all of the necessary qualifications to have been selected as principal of the Winnsboro Elementary School.

5.

Your petitioner shows that she was discriminated in employment because of her race by the defendants in violation of the law in the following manner, to-wit:

6.

Your petitioner shows that the Franklin Parish School system has been declared a unitary school system and under the law, having been declared a unity school system, all future employments by the school system are to be made on the basis of being the best qualified applicant for the position, regardless of race or creed.

7.

Your petitioner shows that she was blatantly discriminated against by the defendants when the position of principal became vacant at the Winnsboro Elementary School with the retirement of Mr. Ronald Lofton on May 7, 2017. Your petitioner shows that she was the assistant principal at the school when Mr. Ronald Lofton retired and she closed out the school for the year 2017 in her capacity as assistant principal in a professional manner with no problem whatsoever being an experienced principal and assistant principal.

8.

Your petitioner shows that having served as the assistant principal for nine (9)

years at the Winnsboro Elementary School, she applied for the position of principal at the Winnsboro Elementary School having previously served as a classroom teacher, assistant principal, a principal and supervisor.

9.

Your petitioner shows that Mr. Scott McHand, a classroom teacher who was not certified for an administrative position, at the time, also applied for the position of principal at Winnsboro Elementary School.

10.

Your petitioner shows that Superintendent Dr. Lanny Johnson selected Scott McHand to serve as principal of the Winnsboro Elementary School in preference to your petitioner on or about July 1, 2018, the day it was announced on Facebook, even though he knew that Mr. Scott McHand was not certified for an administrative position and when defendant, Superintendent Dr. Lanny Johnson was informed of that fact, he stated that he could hire anyone he wants to fill the position of principal of Winnsboro Elementary School.

11.

Your petitioner shows that defendant, Superintendent Dr. Lanny Johnson knew that she was better qualified for the position of principal of Winnsboro Elementary School by education and previous supervisory experience and in spite of that fact, he still selected Mr. Scott McCann to serve as principal of Winnsboro Elementary School.

12.

Your petitioner shows that she is an African American female and Mr. Scott

McHand is a Caucasian male and his selection for the position was solely because of his race and not because of his being the best qualified. Therefore, his selection for the position was clearly in violation of Title VII of the Civil Rights Act of 1964.

13.

Your petitioner shows that what aggravated her the most was that defendant, Superintendent Dr. Lanny Johnson knew that she was better qualified for the position of principal of Winnsboro Elementary School and that the selection of Mr. Scott McHand in preference to her violated the law which called for hiring of the best qualified and he still knowingly violated the law and hired Mr. Scott McHand for the position.

14.

Your petitioner shows that the act of Superintendent Dr. Lanny Johnson was committed during the course and scope of his employment as the superintendent of the Franklin Parish School Board and the defendant, FRANKLIN PARISH SCHOOL BOARD, as a collective body, acted on the recommendation of Dr. Johnson and named Mr. Scott McHand principal of Winnsboro Elementary School knowing that he was not the best qualified applicant for the position.

14.

Your petitioner shows that because of her being knowingly, wrongfully and intentionally discriminated against in employment by the defendants, she is entitled to monetary damages, a position equal or superior to the one that she was denied, attorney fees and all other costs incurred by her in having to filing this suit.

WHEREFORE, your petitioner prays that:

1) Defendants be duly served with copies of this petition and cited to answer same;

2) That after all due proceedings had, there be judgment in favor of petitioner, ESTHER WATSON, and against defendants, FRANKLIN PARISH SCHOOL BOARD, DR. LANNY JOHNSON, Superintendent, and EDDIE RAY BRYAN, RONNIE HATTON, DANNY DAVIS, RICHARD KELLY, LOUISE JOHNSON, TIM EUBANKS and DOROTHY BROWN, Franklin Parish School Board Members, for monetary damages for the wrongful discrimination against petitioner in employment; and

3) That petitioner, ESTHER WATSON, be awarded a job comparable to the one she was denied or alternatively a superior position together with attorney fees and all costs of these proceedings.

Respectfully submitted,

S/Malcolm X. Larvadain
S/Edward Larvadain, Jr. *Edward Larvadain Jr*
Malcolm X. Larvadain, La. Bar #26066
Edward Larvadain, Jr., La. Bar #8056
626 Eighth Street
Alexandria, Louisiana 71301
Tel.: (318) 445-3533
Fax: (318) 445-4030

ATTORNEYS FOR PETITIONER



U.S. Department of Justice
Civil Rights Division
NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

CERTIFIED MAIL
7018 1830 0000 1245 0198

*950 Pennsylvania Avenue, N.W.*
*Karen Ferguson , EMP, PHB, Room 4701*
*Washington, DC 20530*

February 20, 2020

Ms. Esther J. Watson
951 Ditto Road
Sicily Island, LA  71368

Re:  EEOC Charge Against Franklin Parish School Board
     No. 461201901536

Dear Ms. Watson:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and more than 180 days have elapsed since the date the Commission assumed jurisdiction over the charge, and no suit based thereon has been filed by this Department, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice.  If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney.  If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires.  Your request to the Court should be made well before the end of the time period mentioned above.  A request for representation does not relieve you of the obligation to file suit within this 90-day period.

   The investigative file pertaining to your case is located in the EEOC New Orleans District Office, New Orleans, LA.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                        Sincerely,

                                        Eric S. Dreiband
                                        Assistant Attorney General
                                        Civil Rights Division

                                    by  Karen L. Ferguson
                                        Karen L. Ferguson
                                        Supervisory Civil Rights Analyst
                                        Employment Litigation Section

cc: New Orleans District Office, EEOC
    Franklin Parish School Board

PLEASE SERVE:

Franklin Parish School
through its President,
Eddie Ray Bryan,
7293 Prairie Rd.
Winnsboro, Louisiana

Dr. Lanny Johnson, Superintendent
Franklin Parish School Board
7293 Prairie Rd.
Winnsboro, Louisiana

Eddie Ray Bryan, Member
795 Ross Road
Winnsboro, Louisiana 71295

Ronnie Hatton, Member
2327 Hwy. 135
Winnsboro, Louisiana 71295

Danny Davis, Member
166 2nd Street
Gilbert, Louisiana 71336

Richard Kelly, Member
168 Lawson Road
Winnsboro, Louisiana 71295

and

Louise Johnson, Member
212 Willow Street
Winnsboro, Louisiana 71295

Tim Eubanks, Member
1259 Hwy. 857
Baskin, Louisiana 71219

Dorothy Brown, Member
1207 Maple Street
Winnsboro, Louisiana 71295

# **AFFIDAVIT**

**STATE OF LOUISIANA**

**PARISH OF RAPIDES**

    **BEFORE ME**, the undersigned authority, personally came and appeared:

**ESTHER WATSON**

who, after first being duly sworn, did depose and say:

    That she is the petitioner in the above and foregoing petition and she has read all of the allegations contained in it and they are true and correct to the best of her information and knowledge.

*/s/ Esther Watson*
**ESTHER WATSON**

SWORN TO AND SUBSCRIBED before me this 23nd day of April, 2020.

*/s/ Edward Larvadain Jr.*
NOTARY PUBLIC