UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**ESTHER WATSON**          **CASE NO. 3:20-CV-00527**

**VERSUS**          **JUDGE DOUGHTY**

**SCHOOL BOARD OF FRANKLIN PARISH**          **MAG. JUDGE KAREN L. HAYES**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 7] having been considered, no objections having been filed, and finding that the same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Defendants' motion to dismiss for failure to state a claim upon which relief can be granted [Doc. No. 5-1] is **GRANTED** and the claims under Title VII of the Civil Rights Act of 1964 against Superintendent Lanny Johnson and his successor, Eddie Ray Bryan, Ronnie Hatton, Danny Davis, Richard Kelly, Louise Johnson, Tim Eubanks, and Dorothy Brown in their individual capacities are **DISMISSED**, preserving the plaintiff's claims against Superintendent Lanny Johnson and his successor in their official capacities.

THUS DONE AND SIGNED this 17th day of November, 2020, in Monroe, Louisiana.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE